

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2019

No. 04-19-00403-CV

**THE TEXAS BRANDON CORPORATION, INC.** and Ronald R. Wilson,
Appellants

v.

**EOG RESOURCES, INC.,** and Fred Levine,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Russell Wilson, Judge Presiding

## C O R R E T E D   O R D E R

The Appellant's Motion to Withdraw Yolanda Jarmon as Counsel is hereby GRANTED.


_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court